```
Walter C. Cook, SBN 111330
LAW OFFICES OF WALTER C. COOK
1500 - 20TH STREET
SAN FRANCISCO, CA 94107
415-920-0423
415-920-0427 Fax


Attorney for Plaintiffs
CARLOS ESPINOSA and NAOMI
GERADA CERRATO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ESPINOSA and NAOMI GERADA CERRATO<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; MICHAEL GAYNOR; INSPECTOR VELARDE: STAR # 2209; MICHAEL SWART; and DOES 1-25<br><br>Defendants | NO.   3:11-cv-02972-JSW<br><br>**STIPULATION TO CONTINUE THE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>DATE:   August 26, 2011<br>TIME:   9:00 a.m.<br>DEPT:   Courtroom 11, 19th Floor<br>            450 Golden Gate Ave.<br>            San Francisco, CA |

**WHEREAS** defendants filed their Motion to Dismiss, or in the Alternative for a More Definite Statement on July 11, 2011 with a hearing date on August 26, 2011 at 9:00 a.m.;

**WHEREAS** plaintiff's counsel did not receive notice of the Motion to Dismiss until August 2, 2011 due to a stale email address with the Electronic Case Filing (ECF) system which plaintiff's counsel had thought was corrected to his current email address;

**WHEREAS** the Case Management Conference for this matter is scheduled for September 2, 2011;

---

*Stipulation To Continue Hearing Date for Defendants' Motion to Dismiss and Case Management Conference    PAGE 1*

1 **WHEREAS** plaintiffs and defendants agree that it would be better to have the Case Management Conference after the hearing on The Motion To Dismiss Or In The Alternative For A More Definite Statement.

**IT IS HEREBY STIPULATED** by and between the plaintiffs and defendants, through their respective counsel, that the hearing date for Defendants' Motion to Dismiss or in the Alternative for a More Definite Statement will be continued until September 9, 2011 at 9:00 a.m. or September 16, 2011, with a filing deadline of August 12, 2011 for any opposition papers and August 19, 2011 for any reply papers.

**IT IS FURTHER STIPULATED** by and between the plaintiffs and defendants through their respective counsel that the case management conference be continued until one week following the hearing on Defendants' motion to dismiss (September 16 or September 23) or when convenient for the Court.

Dated: August 5, 2011

**The parties' request for a continuance is GRANTED, and the Court shall hear the motion to dismiss in this case, and in the related case 11-2282 on September 9, 2011. The case management conference is CONTINUED to October 14, 2011 at 1:30 p.m. The parties are reminded that, in the future, they should include a proposed order with any stipulation.**

**August 8, 2011**



**San Francisco Deputy City Attorney**

By: /S/*
BRADLEY A. RUSSI
Attorney for Defendants

**Law Offices of Walter C. Cook**

By: /S/ Walter C. Cook
WALTER C. COOK
Attorney for Plaintiffs
Pursuant to GO 45, the electronic Signatory has obtained approval from this signatory.

---

*Stipulation To Continue Hearing Date for Defendants' Motion to Dismiss and Case Management Conference*     **PAGE 2**