IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS ESPINOSA, et al.,,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

                                   /

No.  C 11-02282 JSW
No.  C 11-02972 JSW

**ORDER TO SHOW CAUSE**

Defendants' Motions to Dismiss these related cases are scheduled for hearing on September 9, 2011.  The Court has reviewed the complaints in these actions, the motions to dismiss, and Plaintiffs' opposition briefs.  Although the complaints were filed on different dates, it appears to the Court that, in substance, the actions are identical.  Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why one of these two actions should not be dismissed without prejudice as duplicative.  If Plaintiff claims that the actions are not identical, they should specifically outline the differences between the two actions.  Plaintiffs' response to this Order to Show Cause shall be due by no later than August 29, 2011.  Defendants may file a reply to Plaintiffs' response by no later than September 6, 2011.  The motions in both cases remain on calendar for hearing, pending further order of the Court.

**IT IS SO ORDERED.**

Dated: August 22, 2011

                                               JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE