IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS ESPINOSA, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 11-02282 JSW

**ORDER CLARIFYING BRIEFING SCHEDULE**

On October 28, 2011, Defendants filed a Motion to Dismiss, which is noticed for a hearing on December 9, 2011. When they docketed their motion, Defendants stated that oppositions were due on December 23, 2011, and replies were due on December 30, 2011. These deadlines are incorrect. Plaintiffs' opposition to the motion is due on November 14, 2011[1], and Defendants' reply is due on November 21, 2011. *See* N.D. Civ. L.R. 7-3(a), (c). If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: October 28, 2011

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

---

[1] November 11, 2011 is a holiday.