1  Walter C. Cook, SBN 111330
   Law Offices of Walter C. Cook
2  1500 – 20TH Street
   San Francisco, CA 94107
3  415-920-0423, x2
   415-920-0427, Fax
4

5  Attorneys for Plaintiffs
   CARLOS ESPINOSA and NOEMI
6  GEREDA-CERRATO

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 CARLOS ESPINOSA AND NAOMI          ) Case No. 3:11-cv-02282-JSW
   GERADA CERRATO.                    )
11                                    ) **STIPULATION AND [PROPOSED]**
                 Plaintiffs,          ) **ORDER VACATING TRIAL AND**
12                                    ) **PRETRIAL DATES, AND**
         vs.                          ) **SCHEDULING FURTHER CASE**
13                                    ) **MANAGEMENT CONFERENCE, IN**
   CITY AND COUNTY OF SAN             ) **LIGHT OF NOTICE OF PENDING**
14 FRNACISCO, a municipal corporation;) **SETTLEMENT**
   MICHAEL GAYNOR; INSPECTOR          )
15 VELARDE, Star # 2209; MICHAEL SWART;)
   and DOES 1-25                      )
16                                    )
                 Defendants.          )
17                                    )
                                      )
18                                    )

19
                              STIPULATION
20

21     **WHEREAS** the trial date in this matter is February 19, 2013.

22

23     **WHEREAS** the pretrial conference in this matter is January 28, 2013.

24

25     **WHEREAS** the hearing date for dispositive motions is December 7, 2012.

26

27

28

Stip. And Order Vacating Trial & Pretrial Dates, And Scheduling Further Case Management Conference       1
Espinosa et. al. v. City And County Of San Francisco et al.
CASE No. 3:11-cv-02282-JSW

1     **WHEREAS** the parties in this matter have agreed to the terms of a settlement, which will
2  resolve all claims against all parties, but which is subject to the approval of the San Francisco
3  County Board of Supervisors.
4
5     **WHEREAS** the parties have agreed that plaintiffs shall dismiss this action with prejudice
6  upon payment of the settlement amount.
7
8     **WHEREAS** the settlement agreement provides for enforcement pursuant to California
9  Code of Civil Procedure § 664.6.
10
11    **WHEREAS** the parties request that the trial date of February 19, 2013, the pretrial
12 conference date of January 28, 2013, and the dispositive motion hearing date of December 7,
13 2012 be vacated.
14
15    **WHEREAS** the parties in this matter request that a further case management conference
16 be set protectively for March 2013.
17
18    **WHEREAS** an appropriate further case management conference date, in the event that
19 the Board of Supervisors has not already approved the proposed settlement and plaintiffs
20 therefore have not dismissed this action, would be March 2, 9, or 16, 2013.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

STIPULATION AND ORDER AND STIPULATION REGARDING NOTICE OF SETTLEMNT         2
CARLOS ESPINOSA et. al. v. CITY AND COUNTY OF SAN FRANCISCO et. al.
CASE No. 3:11-cv-02282-JSW

1  **THEREFORE**, the parties stipulate to entry of an order vacating the dispositive motion hearing date of December 17, 2012; the pretrial conference date of January 28, 2013; and the trial date of February 19, 2013; and scheduling a further case management conference for March 2, 9, or 16, 2013, at 1:30 p.m.

Dated:  September 7, 2012

LAW OFFICES OF WALTER COOK

By: /s/ Walter Cook
   Attorneys for Plaintiffs


DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
DONALD P. MARGOLIS
BRADLEY A. RUSSI
Deputy City Attorneys


By: /s/ Donald P. Margolis
   DONALD P. MARGOLIS
   Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO;
   MICHAEL GAYNOR; INSPECTOR VELARDE,
   STAR #2209; AND MICHAEL SWART

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  A further case management conference is set for March ~~16~~ 15, 2013, at 1:30 p.m.  A joint case management statement shall be filed by ~~February~~/March ~~9~~ 8, 2013. All other dates are VACATED.

Dated: September 11, 2012

_____
The Honorable Jeffrey S. White
United States District Judge

STIPULATION AND ORDER AND STIPULATION REGARDING NOTICE OF SETTLEMNT    2
CARLOS ESPINOSA et. al. v. CITY AND COUNTY OF SAN FRANCISCO et. al.
CASE No. 3:11-cv-02282-JSW