IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ESPINOSA, et al., | |
| Plaintiffs, | No. C 11-02282 JSW |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | **ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

The Court has received and considered the parties' Joint Case Management Conference Statement, in which Defendants make an unopposed request to continue the case management conference scheduled for March 22, 2013 so that the settlement can be finally approved. The Court finds good cause to grant the request, although it admonishes the parties that when a request for relief is made to the Court, a proposed order must be submitted with that request.

Accordingly, the Court HEREBY CONTINUES the case management conference set for March 22, 2013 to May 31, 2013. The parties shall file a joint case management conference statement by no later than May 24, 2013, unless the matter is dismissed prior to that date.

**IT IS SO ORDERED.**

Dated: March 11, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE