IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS ESPINOSA, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 11-02282 JSW

**ORDER OF DISMISSAL**

On May 28, 2013, Plaintiffs filed a Notice of Voluntary Dismissal and Request for Dismissal of Entire Action and All Defendants. Although that notice refers to a joint stipulation, it has not been signed by counsel for the Defendants. However, because the parties filed a joint case management statement, in which Defendants concurred, the Court shall dismiss the case with prejudice, even though the parties have not technically complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: May 29, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE